UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARMJIT SINGH, et al.,

    Plaintiffs,

v.

LEON RODRIGUEZ, et al.,

    Defendants.

Case No. 15-cv-02582-RS

**ORDER GRANTING STAY**

Pursuant to the joint stipulation filed on December 15, 2015, and for good cause appearing, this action is stayed in its entirety. The parties shall file a joint status report as soon as it is warranted, but in any event, no later than ninety (90) days from the date of this order.

**IT IS SO ORDERED**.

Dated: December 18, 2015

_____
RICHARD SEEBORG
United States District Judge